

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-96,811-01

## EX PARTE PHILLIP RECIO, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1679574-A IN THE 179TH DISTRICT COURT
## HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of continuous sexual abuse of a child and sentenced to 25 years' imprisonment. The 14th Court of Appeals affirmed his conviction. *Recio v. State*, No. 14-22-00231-CR (Tex. App.—Houston [14th Dist.] May 9, 2023, pet. ref'd). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective for failing to investigate and retain expert testimony regarding the complainant's forensic interview. Based on the record, the trial court has determined that trial counsel's performance was deficient and that Applicant was prejudiced.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The judgment in cause

number 1679574-A in the 179th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 6, 2025
Do not publish